## TOWN TREASURER.

**HINDS** *against* **STONE, TOWN TREASURER.** *Bennington,* 1816.

AN action cannot be sustained by a town treasurer, *as such,* on a note of hand, given to him as town treasurer.

See Evidence 5.

## TRESPASS.

### No. 1.

**LEONARD** *against* **JUDD.** *Addison,* 1816.

IN a lease of 999 years, of certain premises, with the privilege of taking "all the rocks and stones on my land," the lessee is not liable for digging to any extent for rocks, provided he does not wantonly, under a bare pretence, dig the land to the injury of the lessor.

### No. 2.

**BROWN** *against* **BATES.** *Orange,* 1816.

TENANT at will, may maintain tresspass for breaking down the fence of his enclosure.